

# United States District Court
# Eastern District of California

| | |
|---|---|
| **J.M.** | Case Number: 2:24−CV−03384−TLN−AC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND ORDER |
| **Red Roof Franchising, LLC** | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Penny Barrick** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

J.M.

On **11/13/2001** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Ohio** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **12/10/2024**   Signature of Applicant: /s/ **Penny Barrick**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Penny Barrick |
| Law Firm Name: | Babin Law, LLC |
| Address: | 10 West Broad Street |
| | Floor 9 |
| City: | Columbus   State: OH   Zip: 43215 |
| Phone Number w/Area Code: | (614) 761-8800 |
| City and State of Residence: | Columbus, OH |
| Primary E-mail Address: | penny.barrick@babinlaws.com |
| Secondary E-mail Address: | ameerah.attia@babinlaws.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jesse B. Chrisp, Esq. |
| Law Firm Name: | Law Offices of J. Chrisp |
| Address: | 9667 Highway 29 |
| City: | Lower Lake   State: CA   Zip: 95457 |
| Phone Number w/Area Code: | (707) 994-0529   Bar # 262518 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 11, 2024

_____
JUDGE, U.S. DISTRICT COURT