UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual, | No. 2:24-cv-03384-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Red Roof Franchising, LLC, and PDF Hospitality, LLC, | |
| Defendants. | |

    Plaintiff J.M., who alleges she was a victim of sex trafficking at a Red Roof Inn hotel in Stockton, California, filed this action against two defendants: first, Red Roof Franchising LLC, allegedly the franchising division of a parent corporation named Red Roof Inns, Inc.; and second, PDF Hospitality LLC, allegedly the franchisee owner of the Stockton Red Roof Inn. *See* Compl. ¶¶ 10, 12, 26, ECF No. 1.

    Two motions are currently pending. First, plaintiff moves to proceed under a pseudonym. ECF No. 2. Second, plaintiff moves for leave to file an amended complaint. ECF No. 20. Under this district's local rules, "all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 230(b). Neither of the pending motions cited above was noticed on a motion calendar. Plaintiff is therefore **directed to notice the motions at ECF Nos. 2 and 20 on the undersigned's civil law and motion calendar**.

1

     In the interest of avoiding confusion and clarifying the docket of this action, the court notes the document at ECF No. 21, which purports to be an amendment to the complaint. Because more than 21 days have passed since the original complaint was served, *see* Fed. R. Civ. P. 15(a)(1)(A), because no responsive pleading and no Rule 12 motions have been filed, *see* Fed. R. Civ. P. 15(a)(1)(B), and because it is unclear whether all opposing parties named in the original complaint have consented to an amendment, plaintiff may amend only with the "court's leave," Fed. R. Civ. P. 15(a)(2). Because the court has not granted leave, **the court construes the document at ECF No. 21 as a proposed amendment only**. Unless this court approves an amendment to the complaint or an amendment is otherwise proper under Rule 15, this action will proceed on the original complaint at ECF No. 1.

     The status (pretrial scheduling) conference set for March 27, 2025 **remains on calendar, with a joint status report due seven days in advance.**

     IT IS SO ORDERED.

DATED: March 11, 2025.

UNITED STATES DISTRICT JUDGE