UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., an individual, | Case No. 2:24-cv-3384-KJM-JDP |
| Plaintiff | |
| v. | ORDER |
| RED ROOF FRANCHISING, LLC; and PDK HOSPITALITY, LLC, | |
| Defendants. | |

For the reasons set forth in Plaintiff's unopposed request for an extension of two weeks to respond to Defendants' Motion for Judgment on the Pleadings, and good cause appearing, the court **grants** Plaintiff's request. Plaintiff's response to Defendants' Motion for Judgment on the Pleadings is now due **no later than July 18, 2025.**

This order resolves ECF No. 39.

IT IS SO ORDERED.

DATED: June 26, 2025.

_____
UNITED STATES DISTRICT JUDGE

1