1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

J.M., an individual,

        Plaintiff,

v.

RED ROOF FRANCHISING, LLC, et al.,

        Defendants.

) Case No. 2:24-cv-03384-KJM-JDP
)
) Hon. Kimberly J. Mueller
)
) **ORDER GRANTING STIPULATION TO**
) **EXTEND DEFENDANT RED ROOF**
) **FRANCHISING LLC'S DEADLINE TO**
) **ANSWER PLAINTIFF'S SECOND**
) **AMENDED COMPLAINT**
)
)
)
)
)

Having reviewed Defendant Red Roof Franchising LLC ("RRF") and Plaintiff's Stipulation to RRF's Deadline to Answer Plaintiff's Second Amended Complaint ("SAC"), the Court orders as follows:

RRF's deadline to file its Answer to Plaintiff's SAC is October 15, 2025.

**IT IS SO ORDERED.**

DATED: October 8, 2025.

UNITED STATES DISTRICT JUDGE

018964\000095\7081419