# United States District Court
# Eastern District of California

J.M., an individual

Plaintiff(s)

V.

RED ROOF FRANCHISING, LLC, et al.

Defendant(s)

Case Number: 2:24-cv-03384-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ravi K. Sangisetty hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

J.M.

On 10/13/2006 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/15/2026 Signature of Applicant: /s/ Ravi K. Sangisetty

**Pro Hac Vice Attorney**

Applicant's Name: Ravi K. Sangisetty

Law Firm Name: Sangisetty Law Firm

Address: 3914 Canal St.

City: New Orleans State: LA Zip: 70119

Phone Number w/Area Code: (504) 384-8344

City and State of Residence: New Orleans, Louisiana

Primary E-mail Address: rks@sangisettylaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jesse B. Chrisp

Law Firm Name: Law Offices of J. Chrisp

Address: 9667 Highway 29

City: Lower Lake State: CA Zip: 95457

Phone Number w/Area Code: (707) 994-0529 Bar # 262518

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 26, 2026

Dena Coggins
United States District Judge